UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 23 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

RICARDO VALLIN-LOPEZ

          Defendant.

CASE NO. 11CR0353-JAH

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case #11CR0605-JAH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information: __8:1326(a) and (b)__

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: FEBRUARY 23, 2011

_/s/ B. Skomal_
BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE